# United States District Court

## for the

## Western District Of Tennessee

### Request for Termination of Supervision Prior to Original Expiration

Name of Offender: Michael Cox                                   Case Number: 1:01CR10033-008

Name of Sentencing Judicial Officer: The Honorable James D. Todd

Date of Original Sentence: 3/29/2002

| | | | |
|---|---|---|---|
| Original Offense: | Distribution of 9.3 grams Cocaine Base | | |
| Original Sentence: | Prison - 37 Months; TSR - 48 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Len Register | Date Supervision Commenced: | 11/7/2003 |
| Defense Attorney: | Jeff Mueller | Date Supervision Expires: | 11/6/2007 |

**PETITIONING THE COURT**

To allow the defendant to be discharged from supervision prior to the expiration of original term.

**CAUSE**

Michael Cox fits the criteria for early termination recommended by the Judicial Conference Committee on Criminal Law. He has made progressive strides toward achieving supervision objectives and appears to pose no risk to public safety. Victor L. Ivy, Assistance United States Attorney, has been assigned this case and has no objections to early termination.

                                                                Respectfully submitted,

                                                                s/Michelle R. Sims
                                                                _____

                                                                Michelle R. Sims
                                                                U.S. Probation Officer

Approved:

s/Johnetta Norman                          7-6-06
_____
Supervising U.S. Probation Officer         Date

Prob 35
Cox, Michael
Pg. 2

The Court Orders:
   [ ]  No Action
   [ x]  The Offender be released from Supervision
   [ ]  Other

  **s/James D. Todd**

Signature of Judicial Officer

Date: 12 July 2006